# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-1885V
UNPUBLISHED

ERIC D. CONNOR,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: December 4, 2025

## ORDER CONCLUDING PROCEEDINGS[1]

On November 5, 2025, Eric Conner[2] filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[3] Petitioner alleged that he suffered an adverse reaction to an influenza vaccination that he received on November 9, 2022. ECF No. 1 at 1. On December 3, 2025, Petitioner submitted a notice of voluntary dismissal acknowledging that this case was a duplicate of an earlier filed case (no. 25-477V). Petitioner intends to proceed with the other case.

In light of Petitioner's "notice of dismissal at any time before service of respondent's report" pursuant to Vaccine Rule 21(a), **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

                **s/Brian H. Corcoran**
                Brian H. Corcoran
                Chief Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] The docket for this case incorrectly identifies Petitioner's last name as Conn**o**r rather than the correct spelling, Conn**e**r. Because this case is being dismissed, it is not necessary to correct the docket prior to dismissal.

[3] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.